

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00043-CV

| | | |
|---|---|---|
| Tarrant Regional Water District | § | From the 48th District Court |
| | § | of Tarrant County (048-274121-14) |
| v. | § | December 30, 2016 |
| | § | Opinion by Chief Justice Livingston |
| Richard Johnson and Sharkara Johnson, Individually and as Personal Representatives of the Estate of Brandy Johnson | § | Concurrence and Dissent by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. The trial court's order denying the plea to the jurisdiction of appellant Tarrant Regional Water District is affirmed in part and reversed in part. We affirm that portion of the trial court's order denying the plea to the jurisdiction on appellees Richard and Sharkara Johnsons' claims alleging that a scour hole and resulting undertow or boil effect are a premises defect. We reverse that portion of the trial court's order denying

appellant's plea to the jurisdiction on the remainder of the Johnsons' pleaded claims and render judgment dismissing those claims.

It is further ordered that appellant and appellees shall each pay one-half of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
       Chief Justice Terrie Livingston